IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FAMILY CHOICE FINANCIAL, INC.**                                                                                    **PLAINTIFF**

v.                                                                                    CIVIL ACTION NO. 5:23-cv-38-DCB-LGI

**UNITED STATES SMALL BUSINESS ADMINISTRATION,**
**ISABELLA CASILLAS GUZMAN, IN HER OFFICIAL**
**CAPACITY AS ADMINISTRATOR OF THE SMALL**
**BUSINESS ADMINISTRATION; JANET YELLEN, IN HER**
**OFFICIAL CAPACITY AS UNITED STATES SECRETARY**
**OF TREASURY; AND THE UNITED STATES OF AMERICA**                **DEFENDANTS**

## ORDER

Before the Court is the Defendants' Unopposed Motion to Extend the Motions Deadline [34]. The Court, having considered the motion and having been informed that Plaintiff does not oppose it, finds that the motion should be granted.

IT IS THEREFORE ORDERED that Defendants shall have until July 24, 2024, to file a reply in further support of Defendants' motion for summary judgment.

SO ORDERED, on this the 2nd day of July, 2024.

                                                   /s/ David Bramlette
                                                 UNITED STATES DISTRICT COURT JUDGE