# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 2, 2025
Lyle W. Cayce
Clerk

No. 24-60519

_____

Family Choice Financial, Incorporated,

*Plaintiff—Appellant*,

*versus*

United States Small Business Administration; Isabella Casillas Guzman, *In her Official Capacity as Administrator of* the Small Business Administration; Janet Yellen, *In her Official Capacity as United States Secretary of Treasury*; United States of America,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:23-CV-38

_____

ORDER:

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5th Cir. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

No. 24-60519

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT