# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 23, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-60519    Family Choice Financial v. SBA
                       USDC No. 5:23-CV-38

The court has granted appellant's motion to reinstate the appeal. Appellant's brief/record excerpts are due within 40 days from the date of this letter.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Ms. Brandi Doss
Mr. James E. Graves III
Mr. Mark Nolan Halbert
Mr. Adam Craig Jed
Mr. Arthur S. Johnston III