# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 27, 2026
Lyle W. Cayce
Clerk

No. 24-60519

FAMILY CHOICE FINANCIAL, INCORPORATED,

*Plaintiff—Appellant*,

*versus*

UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, *In her Official Capacity as Administrator of* THE SMALL BUSINESS ADMINISTRATION; JANET YELLEN, *In her Official Capacity as United States Secretary of Treasury*; UNITED STATES OF AMERICA,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:23-CV-38

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of February 27, 2026, pursuant to the stipulation of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Rebecca Endry*

No. 24-60519

Rebecca Andry, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT